UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/10
```

----

DR. PAULA SMALL,

              Plaintiff,

    - against -

NOBEL BIOCARE USA, et al.,

              Defendants.

----

06 Civ. 00683

**ORDER**

The Court is in receipt of correspondence from the parties requesting a conference to discuss discovery issues. It is hereby ordered that all discovery issues shall be addressed, if necessary, after oral argument on the pending motions to dismiss, which shall be held on Thursday, July 1st, 2010 at 10:30 a.m. in Courtroom 17B, 500 Pearl Street, New York, NY 10007. In the meantime, the parties are directed to confer and submit a proposed schedule to the Court for the early exchange of contention interrogatories. If the parties are unable to agree on such a schedule within seven days of this Order, the parties shall notify the Court in writing.

SO ORDERED.

Dated: New York, New York
      May 24, 2010

Richard J. Holwell
United States District Judge