```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DR. PAULA SMALL,

                         Plaintiff,

          - against -                            PARTIAL JUDGMENT

IMPLANT DIRECT MFG. LLC d/b/a IMPLANT             06 Civ. 683 (NRB)
DIRECT, LLC,

                         Defendant.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** by Memorandum and Order dated August 1, 2013, this Court held that Claims 14-20 and 22 of U.S. Patent No. RE38,945 (the "'945 Patent") were invalid on former defendant Nobel Biocare USA, LLC's motion for summary judgment; and

**WHEREAS** Implant Direct Mfg. LLC, d/b/a Implant Direct, LLC ("Implant Direct"), had moved for summary judgment on grounds of non-infringement, which was granted; it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Claims 14-20 and 22 of the '945 Patent are invalid; and it is further

**ORDERED, ADJUDGED, AND DECREED** that Implant Direct has not infringed and is not infringing Claims 14-20 and 22 of the '945 Patent.

1

Dated:    New York, New York
          December 12, 2013

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

**Attorneys for Plaintiff**
Christopher K. Hu, Esq.
Jennifer L. BianRosa, Esq.
Gerard A. Haddad, Esq.
Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019-6708

**Attorneys for Defendant Implant Direct Mfg. LLC**
Michael Hurey, Esq.
Christopher Dugger, Esq.
Kleinberg & Lerner, LLP
1875 Century Park East, Suite 1150
Los Angeles, CA 90067-3112