```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/17/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dr. Paula Small,

                       Plaintiff,

v.

Implant Direct Mfg. LLC D/B/A Implant Direct, LLC,

                       Defendants.

Civil Action No.: 06-CV-0683-NRB-JLC

ECF Case

Judge Naomi Reice Buchwald

## [~~PROPOSED~~] FINAL JUDGMENT

The Defendants in this case having moved for summary judgment, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on August 1, 2013 (Dkt. 342), having rendered its Memorandum and Order on summary judgment, and issuing partial judgment on December 2013 (Dkt. 345), it is further ORDERED, ADJUDGED AND DECREED:

That Implant Direct's Counterclaims 1, 4 and 5 are dismissed without prejudice.

There being no remaining issues in the case; accordingly, the Clerk of the Court is directed to enter final judgment and close the case.

DATED: _April 16_, 2014

So Ordered:

_/s/ Naomi Reice Buchwald_
HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE